**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant,
SUPAT TALERT

FILED
JUL 20 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SUPAT TALERT, <br><br> Defendant. | 6:10-mj-00042-MJS <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 9, 2010; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto that the Status Conference hearing currently set for July 22, 2010 at 10:00 a.m. in the above captioned matter, be continued to September 9, 2010, at 10:00 a.m.

This request is made because discovery is still outstanding. The parties anticipate that discovery should be completed by the end of August. September 9, 2010, is the earliest date the

1
STIPULATION TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 9, 2010;
[PROPOSED] ORDER THEREON

1
2  parties are available collectively.
3     The parties agree that the delay resulting from the continuance shall be excluded in the
4  interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§
5  3161(h)(8)(A).
6
7  Dated: July 19, 2010                    By: /s/ Karen L. Lynch
                                                KAREN L. LYNCH
8                                               Attorney for Supat Talert
9  Dated: July 19, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
10
11                                          By: /s/ Laurel J. Montoya
                                                LAUREL J. MONTOYA
12                                              Assistant U.S. Attorney
13
14                              ORDER
15
16     The Court, having reviewed the above request for a Continuance of Status Conference
17  until September 9, 2010, and Order Thereon, HEREBY ORDERS AS FOLLOWS:
18     The Status Conference Hearing currently scheduled for July 22, 2010, shall be continued
    to September 9, 2010 at 10:00 a.m.
19
20  Dated: 7/20/10                          By: _____
                                                SANDRA M. SNYDER
21                                              MAGISTRATE JUDGE
22
23
24
25
26
27
                                    2
        STIPULATION TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 9, 2010;
                          [PROPOSED] ORDER THEREON