1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Kathryn Gates
   Certified Law Student
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 6:10-MJ-00042-MJS |
|---|---|
| Plaintiff, | ) |
| v. | ) AMENDED STIPULATION TO CONTINUE HEARING DATE AND ORDER THEREON |
| SUPAT TALERT | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorney(s) of record, that the status conference/change of plea hearing date currently set for December 2, 2010, may be continued to **January 18, 2011**, at **10:00 a.m.** in the Yosemite Court, before the Honorable Michael J. Seng, Magistrate Judge of the United States District Court.

/ / /
/ / /
/ / /
/ / /

1  This request is being made because the parties are attempting to
2 resolve the matter prior to the status conference date and due to
3 conflicting schedules.  Additional time is needed by the parties to
4 discuss and translate the offers.
5 Dated: November 24, 2010         Respectfully submitted,
6                                  BENJAMIN B. WAGNER
                                   United States Attorney
7
8
9                                  By : /s/ Laurel J. Montoya
                                   LAUREL J. MONTOYA
                                   Assistant U.S. Attorney
10
                                   AND
11
12                                 By : /s/ Karen L. Lynch
                                   KAREN L. LYNCH
13                                 Attorney for Defendant
                                   SUPAT TALERT
14
15
16
                                **O R D E R**
17
18    IT IS SO ORDERED.  Time is excluded in the interests of justice.
19 Status Conference/Change of Plea Hearing date currently set for
20 December 2, 2010 in Fresno, is continued to **January 18, 2011**, at
21 **10:00 a.m**. in the Yosemite Court, before the Honorable Michael J.
22 Seng.
23
24 Dated: November 24, 2010           /s/ Sandra M. Snyder
                                   SANDRA M. SNYDER
25                                 United States Magistrate Judge
26
27
28